FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 1 2011

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DANA SMITH, </br></br>    Plaintiff, </br></br> v. </br></br> PORTFOLIO RECOVERY ASSOCIATES, LLC, </br></br>    Defendant. | No. 4·11-CV-0306 SWW </br></br> This case assigned to District Judge Wright </br> and to Magistrate Judge Young |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, DANA SMITH (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Arkansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Benton, Saline County, Arkansas.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Norfolk, Virginia.

## FACTUAL ALLEGATIONS

10. Defendant calls Plaintiff seeking and demanding payment of a debt for a Southwest Bell account.

11. Defendant calls Plaintiff several times a week on her home telephone at (501) 315-5688 since approximately November 2010.

12. Plaintiff spoke to a female agent and informed her that Defendant is calling the wrong person and that Plaintiff is current on her AT&T bill. Plaintiff further asked that Defendant stop calling.

13. Plaintiff sent Defendant a cease and desist letter on March 2, 2011 (See Exhibit A).

14. Despite Plaintiff's letter, Defendant continues to call her.

## COUNT I
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

b. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

c. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, DANA SMITH, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC for the following:

16. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DANA SMITH, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

By: /s/ Michael Agruss
Michael Agruss, Esq. (CA SBN: 259567)
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
magruss@consumerlawcenter.com
Phone: (323) 988-2400 x 235
Fax: (866) 799-3206

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARKANSAS

Plaintiff, DANA SMITH, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorne that all of the facts contained in it are true, to the best of my knowledge, belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warrante or by a good faith argument for the extension, modification or reversal
4. I believe that this civil Complaint is not interposed for any improper pu harass any Defendant(s), cause unnecessary delay to any Defendan needless increase in the cost of litigation to any Defendant(s), named i
5. I have filed this Complaint in good faith and solely for the purposes s
6. Each and every exhibit I have provided to my attorneys which has bee Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where ap not altered, changed, modified or fabricated these exhibits, except attached exhibits may contain some of my own handwritten notations

Pursuant to 28 U.S.C. § 1746(2), I, DANA SMITH, hereby declare (or c verify or state) under penalty of perjury that the foregoing is true and correct.

3/30/11
_____
Date

*Dana Smith*
_____
DANA SMITH

# EXHIBIT A

Dana Smith

Arkansas

Portfolio Recovery Associates, LLC
120 Corporate Blvd. Suite 1
Norfolk VA 23502

Dear Debt Collector:

Please allow this letter to serve as notice of my refusal to pay the alleged debt. In addition, I am disputing this alleged debt. I request you comply with the Fair Debt Collection Practices Act and validate the debt.

I demand you **cease further communication** with me, other than to mail me debt validation showing the debt is mine--such as a contract, itemized bill, etc. **Do not** call me, including leaving voice mails, or remit any other medium of communication trying to collect the alleged debt. Even if you do validate the debt consistent with federal law, I do not consent to receiving any communication to collect on this alleged debt.

Dana Smith

file:///G|/All%20Files-Finance/C&D%20Letters/Smith,%20Dana/Fax%20...ax%20Confirmation-%20Portfolio%20Recovery%20Associates,%20LLC.txt

Case 4:11-cv-00306-SWW   Document 1   Filed 04/11/11   Page 7 of 7

Fax Confirmation -OK

10:26 AM
Fax.com
To Dana Smith
From:   Fax.com (reports@fax.com)
Sent:   Wed 3/02/11 10:26 AM
To:     Dana Smith (ffax.0444@hotmail.com)

Your fax to an unknown recipient at fax number 7575180901 succeeded.

FSID: 18477483

Attempts made: 1
Pages delivered: 1
Minutes spent delivering this fax : 0.4
The baud rate was: 28800

The following are the attempts made and the result that occured:
03/02/2011 - 02:25:15 - 0( Success )


Documents being delivered:
1   Dana Smith - Portfolio Recovery Associates, LLC.doc