IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DANA SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00306 SWW |
| | * | |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

## **ORDER**

Before the Court is plaintiff's notice of settlement. The Court directs the parties to file a Stipulation of Dismissal when the settlement is finalized, which plaintiff states will be within the next thirty days.

DATED this 6th day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE