```
           IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION
```

DANA SMITH

v.                            NO. 4:11CV00306   SWW

PORTFOLIO RECOVERY ASSOCIATES, LLC

## ORDER OF DISMISSAL

Upon the parties' notice of voluntary dismissal filed June 23, 2011,

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed with prejudice.

DATED this 28th day of June 2011.

                              /s/Susan Webber Wright
                              UNITED STATES DISTRICT JUDGE